UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DAVID P. ALLEN as the Administrator of THE ESTATE OF NORMAN MYERS,

 Plaintiff,

v.

UNITED STATES,

 Defendant.

3-14-CV-778-S

## COMPLAINT

Plaintiff, David P. Allen as the Administrator of the Estate of Norman Myers, by counsel, by way of his Complaint against the Defendant, United States, states as follows:

## JURISDICTION

1. This Court has jurisdiction over this action pursuant to 28 USC §1402.

## VENUE

2. Venue lies in the United States District Court Western District of Kentucky, because the United States, by way of the VA Medical Center in Louisville, Kentucky is within this district.

## DEFENDANT

3. The Defendant, VA Medical Center, is owned and operated by the United States government.

## ALLEGATIONS

4. Norman Myers was a resident of Indiana at all times relevant to this Complaint.

5. Norman Myers was admitted to the VA Medical Center in Louisville, Kentucky on March 28, 2011 to undergo a right upper lobe wedge resection for the treatment of non-small-cell lung cancer. Norman tolerated the procedure well and his pathology revealed margins free of carcinoma.

6. On the morning of March 30, 2011 Norman was sitting up in his chair, eating and visiting with family. Norman's lunch arrived and his wife helped him prepare to eat. After visiting a little longer, Norman's family went to lunch and left him to eat in his room.

7. At 12:30 p.m. on March 30, 2011, Norman was found unresponsive sitting in his chair, his heart rate was in the 130's, with flaccid motor tone. Norman was placed back in his bed and Dr. Wrightson was paged. Norman was given .04 mg Narcan with no results and then was intubated. Norman remained unresponsive with no clear movement of his left side.

8. It is noted in the medical records that at the time Norman was found unresponsive, his triple lumen catheter was found to have blood in the tubing of the medial port and no cap on the port.

9. Norman underwent multiple diagnostic tests to determine the causation of his symptoms.

10. CT scans showed no acute infarction.

11. Carotid studies showed no flow limiting stenosis.

12. Norman was diagnosed with acute MCA stroke per neurology who had been consulted immediately following the episode.

13. Norman remained at the VA Medical Center for treatment and therapy until April 25, 2011.

14. Upon his release from the VA Medical Center, Norman required approximately two-months of rehabilitation treatment at Autumn Woods Nursing Home before he was able to return home.

15. The VA Medical Center failed to render care to Norman above the minimum level of acceptable care during his admittance to the Hospital between March 28, 2001 and March 30, 2011. Among other things, the VA Medical Center failed to adequately treat Norman, failed to adequately monitor and maintain medical equipment, failed to have adequately trained staff available to care for Norman, and failed to adequately and properly staff their facilities with competent nurses, and other physicians capable of properly treating and caring for Norman.

16. The inadequate and substandard care rendered by the VA Medical Center resulted in Norman experiencing great pain, suffering, loss of independence, and damages including permanent physical and mental impairment.

17. Norman as a result of the negligent care and treatment by the VA Medical Center suffered multiple injuries from at least one if not more than one occurrence of malpractice.

Norman, as a result of the negligent care and treatment he received from the VA Medical Center suffered injuries which entitle him to damages.

WHEREFORE, Plaintiff, David P. Allen as the Administrator of The Estate of Norman Myers, prays for judgment in his favor and for such damages as are reasonable in the premises, and for all other just and proper relief.

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff, by counsel, and hereby makes Request for Trial by Jury of all issues of the above-entitled, numbered and styled cause of action.

Respectfully submitted,

s/Craig Bingham
Attorney for Plaintiff
Allen & Johnson, LLC
P.O. Box 485
#12 Public Square
Phone: (812) 883-4171
Fax: (812) 883-4214
Email: craigbingham@allenlawyers.com
Kentucky Bar Number:#89497

Einterz & Einterz
4600 Northwest Plaza West Drive
Zionsville, Indiana 46077
(317) 337-2021

Allen & Johnson, LLC
12 N Public Square
Salem, IN 47167
(812) 883-4171